UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICLOS JOSEPH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-00969-TWT |
| ) | |
| TOWNE AIR FREIGHT, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING SETTLEMENT AND STIPULATION OF JUDGMENT DISMISSING CASE WITH PREJUDICE**

This matter is before the Court upon the Parties' Joint Motion for Approval of Settlement and Stipulation of Judgment Dismissing Case, With Prejudice. The Court has reviewed the Settlement Agreement and the Stipulation of Judgment Dismissing Case, with Prejudice. The Court now finds the settlement reached in this matter represents a fair and equitable resolution of disputed claims under the Fair Labor Standards Act, as amended 29 U.S.C. § 201, *et seq*.

IT IS THEREFORE ORDERED that the Settlement Agreement is approved, that judgment is entered dismissing this case, with prejudice, and that the parties are to bear their own attorney fees and costs.

Dated: October 21, 2013.                    /s/Thomas W. Thrash
                                                            Judge, U.S. District Court

COPIES TO:
All Counsel of Record
4838-7961-2693, v. 1